**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00333-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DARNELL YOUNG,

       Defendant.

ORDER DISMISSING VIOLATION PETITION AND CONTINUING SUPERVISED RELEASE

       This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release.  The Court,

       ORDERS that the violation petition [Document 98] be dismissed and that the defendant be continued on supervised release, with all original terms and conditions remaining in full force and effect.

       DATED at Denver, Colorado, this   2nd   day of July, 2014.

       BY THE COURT:


          s/Lewis T. Babcock   
       LEWIS T. BABCOCK
       Senior United States District Judge